IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH LOPES,<br><br>Defendant. | 8:25CR209<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Michael J. Hansen to withdraw as counsel for the defendant, Elizabeth Lopes (Filing No. 18). Marcus A. Sladek has filed an entry of appearance as retained counsel for Elizabeth Lopes. Therefore, Michael J. Hansen's motion to withdraw (Filing No. 18) will be granted.

Michael J. Hansen shall forthwith provide Marcus A. Sladek any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Hansen which are material to Elizabeth Lopes' defense.

The clerk shall provide a copy of this order to Marcus A. Sladek.

**IT IS SO ORDERED.**

Dated this 19th day of November, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge