IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIZABETH LOPES,

Defendant.

**8:25CR209**

**ORDER**

This matter is before the Court on government's Motion for Dismissal (Filing No. 42) of the Indictment (Filing No. 1) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed with prejudice as to defendant Elizabeth Lopes.

The Motion is granted, and the Indictment against Elizabeth Lopes is dismissed with prejudice.

IT IS SO ORDERED.

Dated this 22nd day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge